```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 06396
   ROBERT JOSEPH BELOKAS
   SHARON LEE BELOKAS                           CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9222     SSN XXX-XX-0773

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 05/05/2005 and was confirmed 07/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  96.97% from remaining funds.

     The case was paid in full 08/13/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED        7165.79          .00         6948.81
SMC                        UNSECURED OTH    617.00           .00          598.46
COUNTRYWIDE HOME LOANS     CURRENT MORTG    .00              .00             .00
COUNTRYWIDE HOME LOAN      CURRENT MORTG    .00              .00             .00
TARGET NATIONAL BANK       UNSECURED        2746.80          .00         2663.63
SAME DAY SURGERY           UNSECURED      NOT FILED          .00             .00
CITI CARD                  UNSECURED      NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED        7784.75          .00         7549.03
AMOCO BP                   UNSECURED      NOT FILED          .00             .00
CHASE PLATINUM             UNSECURED      NOT FILED          .00             .00
EDWARD ATKINS MD           UNSECURED      NOT FILED          .00             .00
FIRST CONSUMERS NB         UNSECURED        1520.24          .00         1474.21
CREDIT CARD SERVICES       UNSECURED      NOT FILED          .00             .00
FORMULA AUTOMOTIVE REPAI   UNSECURED      NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED       16685.98          .00        16180.73
ECAST SETTLEMENT CORP      UNSECURED       15221.92          .00        14761.00
MARY SZATKOWSKI PRINTKIN   UNSECURED      NOT FILED          .00             .00
RUSH PEDIATRIC             UNSECURED      NOT FILED          .00             .00
SEARS MASTER CARD          UNSECURED      NOT FILED          .00             .00
ROGOFF & BETANCOURT PC     ATTORNEY         .00              .00             .00
DANIEL J WINTER            DEBTOR ATTY     1,200.00                      1,200.00
TOM VAUGHN                 TRUSTEE                                       3,134.13
DEBTOR REFUND              REFUND                                        1,468.00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                55,978.00

PRIORITY                                        .00
SECURED                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 06396 ROBERT JOSEPH BELOKAS & SHARON LEE BELOKAS
```

```
UNSECURED                                              50,175.87
ADMINISTRATIVE                                          1,200.00
TRUSTEE COMPENSATION                                    3,134.13
DEBTOR REFUND                                           1,468.00
                                   ---------------    ---------------
TOTALS                                 55,978.00           55,978.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/29/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE